No. 87–917.   POST v. SUPERIOR COURT OF LOS ANGELES COUNTY ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–921.   JOHN D. COPANOS & SONS, INC., ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–925.   GALARDI v. STATE BAR OF CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 87–928.   METZ BAKING CO. ET AL. v. THOMAS ET AL. C. A. 8th Cir.   Certiorari denied.

No. 87–933.   MIMS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 87–938.   ARTHUR YOUNG & CO. v. BANK OF NEW ORLEANS & TRUST CO.   C. A. 5th Cir.   Certiorari denied.

No. 87–940.   SINCLAIR v. MONTGOMERY COUNTY, ALABAMA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–941.   CITIBANK, N. A. v. DATA LEASE FINANCIAL CORP. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–944.   JOHNSON ET AL. v. PACIFIC LIGHTING LAND CO. C. A. 9th Cir.   Certiorari denied.

No. 87–945.   TARALA v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–948.   HARRIS v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 87–952.   VANDERWALL v. HORNER ET AL.   C. A. 5th Cir. Certiorari denied.